IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-278-CV





AMERITRUST TEXAS, NATIONAL ASSOCIATION,



 APPELLANT


vs.





BANK ONE, TEXAS, N.A.,



 APPELLEE



 




FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY



NO. 58,370, HONORABLE GUY HERMAN, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed an agreed motion for judgment. The motion is granted. 
Tex. R. App. P. 59(a).

 The judgment of the trial court is reversed and judgment rendered in favor of
Ameritrust Texas, National Association, in accord with the settlement agreement of the parties.



Before Justices Powers, Jones and Kidd

Reversed and Rendered on Agreed Motion for Judgment

Filed: December 8, 1993

Do Not Publish